## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>BLACKSTONE INTERNATIONAL, LTD.,<br><br>Defendant. | Civil Action No. 2:10-04263 (CCC/JAD) |

### JOINT STIPULATION OF WITHDRAWAL AND PROPOSED ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Ideavillage

Products Corp. and Defendant Blackstone International, Ltd. (together, the "Parties") that

Ideavillage's Motion to Enforce Settlement Agreement (D.I. 42–44), filed in this action on July

8, 2011 (D.I. 42–44), is withdrawn without prejudice.

**IT IS** on this 22nd day of July, 2011;

**SO ORDERED.**

*s/Claire C. Cecchi*

Honorable Claire C. Cecchi, U.S.D.J.

We hereby consent to the form and entry of the within Order:

Dated: July 21, 2011                              CONNELL FOLEY LLP


                                        By:  */s/ Liza M. Walsh*
                                             _____
                                             Liza M. Walsh
                                             Rukhsanah L. Lighari

                                             *Of Counsel*:
                                             VENABLE LLP
                                             Roger A. Colaizzi (*Pro hac vice*)

Dated: July 21, 2011                    *Attorneys for Plaintiff Ideavillage Products Corp.*
                                        PODVEY, MEANOR, CATENACCI,
                                        HILDNER, COCOZIELLO & CHATTMAN, P.C.


                                        By:  */s/ Robert K. Scheinbaum*
                                             _____
                                             Thomas V. Hildner
                                             Robert K. Scheinbaum

                                             *Of Counsel*:
                                             PASTERNAK & FIDIS, P.C.
                                             Roger A. Hayden, II (*Pro hac vice*)
                                             Jeremy D. Rachelin (*Pro hac vice*)

                                        *Attorneys for Defendant Blackstone Int'l Ltd.*